■ CASSANDRA K. LA RUEA, Respondent, v. GENERAL SPORTSWEAR CO., INC., et al., Appellants.— Motion by respondent to dispense with printing her brief and to extend her time to serve and file the brief. Motion granted to the extent of enlarging respondent's time to serve and file her brief until January 22, 1962; otherwise motion denied. Appeal ordered on the calendar for the February Term, beginning January 29, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH SPERO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ GASPAR SENIA, Appellant, v. SALVATORE POLIZZI et al., Respondents, et al., Defendant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 12, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

## (December 20, 1961)

■ (A) BELLA BALAN, as Administratrix of the Estate of MORRIS BALAN, Deceased, Appellant, v. ELIHU KATZ et al., Respondents. (B) In the Matter of WARD REEVES TABOR, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ BORO MOTORS CORP., Respondent, v. CENTURY MOTOR SALES CORP., Appellant, et al., Defendants.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before February 1, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ (A) EL DORADO ALUMINUM PRODUCTS, INC., Appellant, v. DAVID JEROS et al., Respondents. (B) CHARLES A. STODGELL, Respondent, v. KELEKET X-RAY CORPORATION, Appellant.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ EMPIRE STATE DEVELOPMENT CO., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court dated December 11, 1961, properly made? Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.